7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jolie Renee Kerr
*Debtor*

*Bankruptcy Case No.*
14–41416–abf7

**Erlene W. Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04146–abf

v.

**Jolie Renee Kerr**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Plaintiff, Erlene W. Krigel, and against the Defendant Jolie Renee Kerr in accordance with the Judgment and Order entered by the court on 1/13/2015, Document No. 10.

    Ann Thompson
    Court Executive

    By: /s/ Sharon Greene
        Deputy Clerk



Date of issuance: 1/13/15

Court to serve